UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARL BLACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF EAST WENATCHEE, WASHINGTON; OFFICER CHRISTY PATTERSON,<br><br>　　　　　Defendants. | NO.  CV-10-013-RHW<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

Before the Court is the parties' Stipulation to Dismiss (Ct. Rec. 100). Previously, the parties notified the Court that they had settled the claims in the above-captioned case and now ask that the action be dismissed with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation to Dismiss (Ct. Rec. 100) is **GRANTED**.

2. The claims asserted in the above-captioned case are **dismissed** with prejudice and without costs to either party.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 17th  day of March, 2011.

　　　　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　United States District Judge

Q:\CIVIL\2010\Black\DISMISS.WPD

**ORDER GRANTING STIPULATION TO DISMISS ~ 1**